**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES DEPARTMENT
OF ENERGY,

               Plaintiff,

    v.

FRIEDRICH AIR CONDITIONING, LLC,

               Defendant.

C.A. No. 26-220-JLH

## FRIEDRICH AIR CONDITIONING, LLC'S MOTION TO DISMISS

Defendant Friedrich Air Conditioning, LLC, by and through its undersigned counsel, respectfully moves to dismiss Plaintiff's civil-penalty suit pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.  The bases for this motion are set forth in the opening brief filed contemporaneously herewith.

*Of Counsel*:

Eugene Scalia
Jonathan C. Bond
Aaron Hauptman
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
EScalia@gibsondunn.com
JBond@gibsondunn.com
AHauptman@gibsondunn.com

*/s/ Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
Jeffrey L. Moyer (#3309)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
dicamillo@rlf.com
moyer@rlf.com
metzler@rlf.com

Dated: March 25, 2026

*Attorneys for Defendant*