**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF ENERGY, <br><br> Plaintiff, <br><br> v. <br><br> FRIEDRICH AIR CONDITIONING, LLC, <br><br> Defendant. | C.A. No. 26-220-JLH |

## <u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.1.4, Defendant Friedrich Air Conditioning, LLC respectfully requests oral argument on its Motion to Dismiss (D.I. 5) (the "Motion"). Briefing on the Motion is now complete (D.I. 6, 12, 13).

*Of Counsel*:

Eugene Scalia
Jonathan C. Bond
Aaron Hauptman
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
EScalia@gibsondunn.com
JBond@gibsondunn.com
AHauptman@gibsondunn.com

*/s/ Sara M. Metzler*
Raymond J. DiCamillo (#3188)
Jeffrey L. Moyer (#3309)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
dicamillo@rlf.com
moyer@rlf.com
metzler@rlf.com

Dated: May 11, 2026

*Attorneys for Defendant*

RLF1 35910449v.1